**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Galois, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SP Global, Inc., et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-00166 |

**GALOIS, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Galois, Inc. certifies there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: February 16, 2022

Respectfully submitted,

By: /s/ *John K. Roche*

John K. Roche (VSB# 68594)
Perkins Coie LLP
700 13th St. N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202-434-1627
Facsimile: 202-654-6211
JRoche@perkinscoie.com

Erick Haynie (*pro hac vice* application forthcoming)
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97203
Telephone: (503) 727-2000
EHaynie@perkinscoie.com

Lindsey E. Dunn (*pro hac vice* application forthcoming)
Perkins Coie LLP
1900 16th Street, Suite 1400
Denver, CO 80202
Telephone: (303) 291-2300
LDunn@perkinscoie.com

**Attorneys for Plaintiff Galois, Inc.**