IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GALOIS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SP GLOBAL, INC., )<br>)<br>*Defendant*. )<br>) | Case No. 1:22-cv-166 (PTG/JFA) |

## ORDER

This matter comes before the Court on the May 22, 2023 Proposed Findings of Fact and Recommendations ("R&R") from Magistrate Judge John F. Anderson regarding Plaintiff's Motion for Default Judgment as to SP Global, Inc. (Dkt. 74). Dkt. 79. Judge Anderson advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 79 at 20–21. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendations, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Anderson set forth in the R&R (Dkt. 79). Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 74) is **GRANTED**; it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff Galois, Inc. against Defendant SP Global, Inc. in the amount of $1,990,843.24 with interest accruing at eighteen percent (18%) per annum in post-judgment interest from June 16, 2021 until paid, plus

$83,090.60 in attorneys' fees and $1,371.46 in costs.

The Clerk of Court is directed to enter judgment in favor of the Plaintiff as set forth above, pursuant to Federal Rule of Civil Procedure 55.

It is **SO ORDERED.**

Dated: July 10, 2023

/s/
Patricia Tolliver Giles
United States District Judge